# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

GEORGE CAMPBELL PAINTING CORP.
a/k/a The Campbell Companies
a/k/a Campbell, George Associates Corp.
and
GREGORY E. CAMPBELL

CAS

Case: 1:07-cv-01880
Assigned: Leon, Richard J.
Assign. Date : 10/18/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

GEORGE CAMPBELL PAINTING CORP.
a/k/a The Campbell Companies
a/k/a Campbell, George Associates Corp.
3140 College Point Blvd.
Flushing, NY  11354

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT G. CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within   twenty (20)   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT 1 8 2007
DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | november 5, 2007 |
| NAME OF SERVER (PRINT) DAVID L. MOYER | TITLE PROCESS SERVER NYC LIC# 1180549 |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: BRUCE MOHAN / HUMAN RESOURCES MANAGER

☐ Returned unexecuted: _____

☒ Other (specify): CORPORATE / GEORGE CAMPBELL PAINTING CORP, 3140 COLLEGE POINT BLVD, FLUSHING, NY 11354 ACCEPTED BY BRUCE MOHAN, HUMAN RESOURCES MANAGER

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on november 5, 2007    David L. Moyer
           Date                    Signature of Server

Address of Server:    K_____ ds, Inc.
                      PO Box 24866
                      Philadelphia, PA 19130
                      215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.