# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

GEORGE CAMPBELL PAINTING CORP.
a/k/a The Campbell Companies
a/k/a Campbell, George Associates Corp.
and
GREGORY E. CAMPBELL

Case: 1:07-cv-01880
Assigned To : Leon, Richard J.
Assign. Date : 10/18/2007
Description: Labor-ERISA

TO: (Name and address of Defendant)

GREGORY E. CAMPBELL
3140 College Point Blvd.
Flushing, NY 11354

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT G. CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

OCT 1 8 2007
DATE

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 4, 2007 |
| NAME OF SERVER (PRINT) DAVID L. MOYER | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ G  Served personally upon the defendant. Place where served: _____

☑  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: KIM (WIFE)   319 FORT HILL DRIVE  LLOYD HARBOR, N.Y. 11743

☐ G  Returned unexecuted: _____

☐ G  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL 25 | SERVICES | TOTAL 25 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec 4, 2007          David L. Moyer
               Date                  Signature of Server

125-28 Queens Blvd Suite 105
▓▓▓▓▓▓, NY 11415
Kew Gardens, NY

Address of Server

**Legal Errands, Inc.**
PO Box 24866
Philadelphia, PA 19130
215-751-1124

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.