IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br> v. <br><br> GEORGE CAMPBELL PAINTING CORP. <br> a/k/a The Campbell Companies <br> a/k/a Campbell, George Associates Corp. <br><br> and <br><br> GREGORY E. CAMPBELL, individually <br><br> Defendants | CIVIL ACTION NO. <br> 07-cv-1880 |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendants, George Campbell Painting Corp., a/k/a The Campbell Companies, a/k/a Campbell, George Associates Corp. ("Company") and Gregory E. Campbell ("Campbell" and together with Company, "Defendants"), for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY:/s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE
(I.D. NO. 478231)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0615
Attorney for Plaintiff

Date: May 20, 2008

OF COUNSEL:

PHILIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

196150
PTINTF-29621

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GEORGE CAMPBELL PAINTING CORP. )<br>   a/k/a The Campbell Companies )<br>   a/k/a Campbell, George Associates Corp. )<br>)<br>and )<br>)<br>GREGORY E. CAMPBELL, individually )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>07-cv-1880 |

## DECLARATION OF KENT G. CPREK, ESQUIRE

## FOR ENTRY OF DEFAULT

Kent G. Cprek, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on Defendants, George Campbell Painting Corp., a/k/a The Campbell Companies, a/k/a Campbell, George Associates Corp. ("Company")and Gregory E. Campbell ("Campbell" and together with Company, "Defendants") on December 4, 2007, by David L. Moyer, Process Server, who served Kim Campbell, Campbell's spouse at 31 Fort Hill Drive, Lloyd Harbor, NY 11743. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. No appearance has been entered by said Defendant in this case; no pleading has

been filed and none served upon the attorney for the Plaintiff; no extension has been given and the time for filing has expired.

    5.    Defendants are neither infants nor incompetent persons.

    6.    Inasmuch as Company is a corporation, it is not in the military service. A separate Declaration is attached with respect to the individual defendant Gregory E. Campbell.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> /s/    Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: May 20, 2008

OF COUNSEL:
PHILIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669