IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND ) ) ) ) Plaintiff, ) ) v. ) ) GEORGE CAMPBELL PAINTING CORP. ) a/k/a The Campbell Companies ) a/k/a Campbell, George Associates Corp. ) ) and ) ) GREGORY E. CAMPBELL, individually ) ) Defendants ) | CIVIL ACTION NO. 07-cv-1880 |

## DECLARATION OF NON-MILITARY SERVICE

Kent G. Cprek, Esquire, declares that he is legal counsel for the Plaintiff in the above-captioned matter, and that Defendant, Gregory E. Campbell, is not in the military or naval service of the United States or its allies, nor otherwise within the provisions of the Soldiers and Sailors Civil Relief Act of 1940 or its amendments.

                                                I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

                                                /s/    Kent G. Cprek
                                                KENT G. CPREK, ESQUIRE

Date: May 20, 2008

OF COUNSEL:
PHILIP A. LOZANO, ESQUIRE
Jennings Sigmond, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
(215) 351-0669

196150
PTINTF-29343

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

GEORGE CAMPBELL PAINTING CORP.
a/k/a The Campbell Companies
a/k/a Campbell, George Associates Corp.
3140 College Point Blvd.
Flushing, NY 11354

GREGORY E. CAMPBELL
3140 College Point Blvd.
Flushing, NY 11354

/s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: May 20, 2008