IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br> v. <br><br> GEORGE CAMPBELL PAINTING CORP. <br> a/k/a The Campbell Companies <br> a/k/a Campbell, George Associates Corp. <br><br> and <br><br> GREGORY E. CAMPBELL, individually <br><br> Defendants | CIVIL ACTION NO. <br> 07-cv-1880 |

NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)
OF THE FEDERAL RULES OF CIVIL PROCEDURE

To the Clerk:

Pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, kindly mark the above matter dismissed without prejudice as to the Defendants as there has been no filing by the adverse party of an answer or of a motion for summary judgment.

                        Respectfully submitted,

                        JENNINGS SIGMOND, P.C.

                        BY:/s/    Kent G. Cprek
                        KENT G. CPREK, ESQUIRE
                        (I.D. NO. 478231)
                        The Penn Mutual Towers, 16th Floor
                        510 Walnut Street, Independence Square
                        Philadelphia, PA 19106-3683
                        (215) 351-0615
Date: July 8, 2008           Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Kent G. Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Notice Of Dismissal Pursuant to F.R.C.P. 41(a)(1) to be served via first class mail, postage prepaid on the date and to the addressed below:

> GEORGE CAMPBELL PAINTING CORP.
> a/k/a The Campbell Companies
> a/k/a Campbell, George Associates Corp.
> 3140 College Point Blvd.
> Flushing, NY  11354
>
> GREGORY E. CAMPBELL
> 3140 College Point Blvd.
> Flushing, NY  11354

/s/   Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 8, 2008

197318-1